UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ABRAHAM LEDESMA (1), <br> ERICA GONZALES (2), <br> MELISSA CONTRERAS (3), <br><br> Defendants. | Case No.: 21cr1636-JLS <br><br> ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Good cause appearing in the parties' joint motion, the Court continues the motion hearing from July 9, 2021 to August 13, 2021 at 1:30 p.m. The Court orders time excluded under the Speedy Trial Act through August 13, 2021, because pretrial motions are on file, and because "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

So ordered.

Dated: July 2, 2021

Hon. Janis L. Sammartino
United States District Judge