# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERICA GONZALES (2), <br> MELISSA CONTRERAS (3), <br><br> Defendants. | Case No.: 21-CR-1636-JLS <br><br> **ORDER AND JUDGMENT GRANTING THE MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE AS TO DEFENDANTS ERICA GONZALES AND MELISSA CONTRERAS** |

Based on the United States' motion to dismiss the information without prejudice as to Defendants Erica Gonzales and Melissa Contreras, and in furtherance of the interests of justice, the Court hereby **GRANTS** the motion and dismisses the information without prejudice as to Defendants Erica Gonzales and Melissa Contreras. The Court exonerates bond as to Defendants Erica Gonzales and Melissa Contreras.

**IT IS SO ORDERED.**

Dated: August 11, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge